UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14284-CIV-CANNON/McCabe

JODI DARGAN,

      Plaintiff,

v.

FEDERATED LIFE
INSURANCE COMPANY,

      Defendant.

_____/

## ORDER ACCEPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendant Federated Life Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") [ECF No. 4] and the Report and Recommendation on the Motion [ECF No. 18]. On September 28, 2022, following referral by this Court [ECF No. 7], Judge McCabe issued a Report recommending that Defendant's Motion to Dismiss be denied [ECF No. 18 p. 10]. The Report gave the parties fourteen days to file objections [ECF No. 18 p. 10]. No objections have been filed by the deadline.

The Court has conducted a *de novo* review of the Report and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Motion [ECF No. 4] should be **DENIED**.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.      The Report and Recommendation [ECF No. 18] is **ACCEPTED**.

CASE NO. 22-14284-CIV-CANNON/McCabe

2. Defendant Federated Life Insurance Company's Motion to Dismiss [ECF No. 4] is

**DENIED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of

October 2022.

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record